# Third District Court of Appeal

## State of Florida

Opinion filed April 7, 2021.
Not final until disposition of timely filed motion for rehearing.

————————

No. 3D19-2455
Lower Tribunal No. 18-41649

————————

**Dacra Development Corporation, et al.,**
Appellants,

vs.

**Ugo Colombo, et al.,**
Appellees.

An Appeal from the Circuit Court for Miami-Dade County, Michael A. Hanzman, Judge.

Kula & Associates, P.A., Elliot B. Kula and William D. Mueller, for appellants.

Coffey Burlington, P.L., and Jeffrey B. Crockett; Cole Scott & Kissane, P.A., Thomas E. Scott, and Daryl Greenberg, for appellees.

Before FERNANDEZ, LINDSEY, and BOKOR, JJ.

PER CURIAM.

Affirmed.